```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                  HARRISON DIVISION
```

**KELLI POWELL**                                                    **PLAINTIFF**

      **v.**           **Civil No. 08-3042**

**NORTH ARKANSAS COLLEGE**                                          **DEFENDANT**

**O R D E R**

Now on this 15th day of October, 2009, comes on for consideration plaintiff's **Motion To Dismiss** (document #55), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**.

**IT IS THEREFORE ORDERED** that this matter is **dismissed with prejudice**, subject to the terms of the settlement. If any party desires to make the terms of the settlement a part of the record herein, those terms should be reduced to writing and filed with the Court within thirty days from the file date of this Order.

The Court retains jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the settlement agreement specifically.

**IT IS SO ORDERED.**

                                               /s/ Jimm Larry Hendren
                                               **JIMM LARRY HENDREN**
                                               **UNITED STATES DISTRICT JUDGE**